**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Francisco Miguel Angel NAJERA–GORDILLO, a.k.a. Miguel Angel Gonzalez, Defendant–Appellant.**

**No. 07–10068.**

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008.*

Filed July 11, 2008.

Ellen V. Endrizzi Fax, USSAC—Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

John Ward, Esq., Law Offices of John Ward, San Francisco, CA, for Defendant–Appellant.

Before: REINHARDT, LEAVY, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Francisco Miguel Angel Najera–Gordillo appeals from his guilty-plea conviction and the 292–month sentence imposed for possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), appellant's counsel, has filed a brief stating there are no grounds for relief on direct appeal, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief. Instead of an answering brief, appellee has filed a motion to dismiss.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the appeal waiver.

Counsel's motion to withdraw is **GRANTED,** the appellee's motion to dismiss is **GRANTED,** and the appellant's pro se motions are **DENIED** as moot.

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.